IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,       :

       Plaintiff,             :

     v.                             : Civil No. AMD-98-1130

Louis H. Elmore,                :

       Defendant,             :

Operators Energy Services,      :

       Garnishee              :

. . . . .ooOoo. . . . .

Mr. Clerk:

    Plaintiff, United States of America, hereby withdraws its request for a Writ of Attachment on Wages and for cause therefor states:

    The defendant is no longer employed by Operators Energy Services.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
Tamera L. Fine
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4800
Trial Bar No. 024751

APPROVED
[signature]
12/6/2001

CERTIFICATE OF SERVICE

It is HEREBY certified that on this 28th day of December, 2001, a copy of the foregoing was mailed to: Flo Worsdell, Operators Energy Services, 1601 West 41st Street, Baltimore, Maryland 21211, garnishee and Louis H. Elmore, 3127 Elmora Avenue, Baltimore, Maryland 21213, debtor.

_____
Tamera L. Fine
Assistant United States Attorney